NORMAN ROSS DEYOUNG JR.
330 CAMELLIA WAY
VACAVILLE, CA 95688

**FILED**

**Dec 31, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NORMAN ROSS DEYOUNG JR., IN PRO PER

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

**NORMAN ROSS DEYOUNG JR.,** *IN PRO PER*,

Plaintiff,

vs.

**CITY OF VACAVILLE; MAYOR JOHN CARLI; ALBERTSONS COMPANIES, INC.; SAFEWAY INC.; KAISER FOUNDATION HEALTH PLAN, INC.; THE PERMANENTE MEDICAL GROUP, INC.; SHEILA ERNST; JOHN DAHLBERG; BRIAN P. DOLIN; OFFICER NICOLAS REYES; OFFICER JAMES SOUSA; OFFICER BRYAN ELLIS; OFFICER BRIAN HALLEY; OFFICER JOE PERKINS; NATHAN ROSTEN; WILL BRODIE; DENA NOFUENTES; JASON**

No.    2:25-cv-3762 DAD CKD (PS)

**COMPLAINT FOR DAMAGES** *AND* **INJUNCTIVE RELIEF**:

1. **RACKETEERING (RICO)** [*18 U.S.C. § 1962(c)*]
2. **RICO CONSPIRACY** [*18 U.S.C. § 1962(d)*]
3. **RETALIATION (*First Amendment*)**
4. **UNREASONABLE SEARCH *&* SEIZURE (*Fourth Amendment*)**
5. **CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS** [*42 U.S.C. § 1985(3)*]
6. **STATE-CREATED DANGER** [*14th Amendment*]
7. **MONELL LIABILITY** [*Policy & Custom*]
8. **CALIFORNIA BANE ACT** [*Civ. Code § 52.1*]
9. **MEDICAL PRIVACY VIOLATION** [*CMIA - Civ. Code § 56*]
10. **DEFAMATION (*SLANDER PER SE*)**
11. **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
12. **NEGLIGENT SUPERVISION**

1

**NOFUENTES; CARLA BANKS; ALEXIS ZAVALA; MICHAEL SHUCART; JOANN SHUCART; JACQUELINE LOPEZ; PERRY LOPEZ; JANELLE BORGES; ADAM SAN MIGUEL; KELLY JORDAN; MICHAEL MARLEY; ESTELLA MARLEY**; and DOES 1-50, inclusive,

Defendants

13. **CIVIL CONSPIRACY**

## I. PRELIMINARY STATEMENT: *THE ANATOMY OF A CONSPIRACY*

1. **The Nature of the Action**: This is a civil rights and racketeering (**RICO**) action challenging a "*Suppression Enterprise*" operating within **Solano County**. What began as a <u>minor billing dispute</u> has metastasized into a **<u>state-sponsored campaign of terror</u>** *designed* **to silence a whistleblower**. The Enterprise, comprised of municipal officials, corporate entities, and civilian proxies, has weaponized the police power of the City of Vacaville to target Plaintiff **NORMAN ROSS DEYOUNG JR.,** a citizen seeking only to exercise his First Amendment rights and protect his home**.**

2. **The Origin (*Wire Fraud*)**: The conspiracy was triggered by Defendant **CARLA BANKS** (Safeway), who utilized the **911** emergency system to manufacture a "*Ghost Call*" (***Incident #2509010215***), <u>falsely</u> tagging Plaintiff as a **<u>mentally ill violent felon</u>** to secure <u>police intervention</u>**.** This act of **Wire Fraud** set the stage for all subsequent harassment**.**

3. The Political Nexus (The "*Green Light*"): The conspiracy escalated when Defendants **MICHAEL** and **ESTELLA MARLEY** (*Neighbors*) <u>**leveraged a personal relationship**</u> with Defendant **MAYOR JOHN CARLI** (*Former Police Chief*) to bypass standard police protocols. This "*Green Light*" effectively weaponized the Vacaville Police Department as a private security force for the Enterprise**.**

4. **The "Nuclear Option"** (*The Ramey Raid*): On December 29-30, 2025, the Enterprise executed its most aggressive act to date. <u>**Bypassing the District Attorney to avoid prosecutorial scrutiny**</u>, Defendants obtained a Ramey Warrant from a **Family Court Judge** based on **fabricated** "*verbal threats*." Under the guise of this warrant, heavily armed officers raided Plaintiff's home. Finding Plaintiff absent, officers proceeded to ransack and destroy the interior of the residence, causing thousands of dollars in damage. This "Scorched Earth" tactic was *<u>**not**</u>* law enforcement; it was a ***punitive expedition*** **designed <u>to terrorize</u>** Plaintiff and *<u>**destroy**</u>* the **sanctuary of his home** in *<u>retaliation</u>* for his pending **RICO** filing**.**

## II. JURISDICTION AND VENUE

5. **Jurisdiction**: This Court has subject matter jurisdiction pursuant to *28 U.S.C. § 1331* (Federal Question), *18 U.S.C. § 1964(c) (RICO)*, and *42 U.S.C. § 1983 (Civil Rights)***.**

6. **Venue**: Venue is proper in the Eastern District of California pursuant to *28 U.S.C. § 1391(b)* because a substantial part of the events or omissions giving rise to the claim occurred in Solano County**.**

## PARTIES

7. Plaintiff **NORMAN ROSS DEYOUNG JR**. is a resident of Solano County, an Artist-at-Law, and a Pro Se litigant**.**

*A*. **The Government Actors**

8. Defendant **CITY OF VACAVILLE** is a municipal entity responsible for the policies, customs, and practices of the Vacaville Police Department ("*VVPD*")**.**

9. Defendant **MAYOR JOHN CARLI** is sued in his individual and official capacity. As the former Chief of Police (*32-year tenure*) and current Mayor, Carli acts as the "*Architect*" of the Enterprise, utilizing his legacy influence to direct selective enforcement and shield Enterprise associates**.**

10. Defendant **SHEILA ERNST** is the **City Clerk of Vacaville**, sued in her individual capacity as the beneficiary of the suppression campaign designed to hide her connection to a 2014 Cold Case**.**

11. **The Enforcement Officers**: Defendants **NICOLAS REYES, JAMES SOUSA, BRYAN ELLIS, BRIAN HALLEY**, and **JOE PERKINS** are sworn officers of VVPD. Defendant **NATHAN ROSTEN** is an agent of the Fire Department. Defendant **WILL BRODIE** is a Correctional Officer. They acted as the "*Muscle*" of the Enterprise**.**

*B*. **The Corporate *&* Legal Actors**

12. Defendants **ALBERTSONS COMPANIES, INC**. and **SAFEWAY INC**. are the corporate entities that ratified the malicious conduct of their employees**.**

13. Defendants **KAISER FOUNDATION HEALTH PLAN, INC**. and **THE PERMANENTE MEDICAL GROUP** are sued for the conspiracy regarding the breach of Plaintiff's medical privacy (*HIPAA*) to facilitate harassment**.**

14. **The Legal Strategists**: Defendants **JOHN DAHLBERG** and **BRIAN P**. **DOLIN** are attorneys who engaged in witness tampering and coordination with the "*Neighborhood Proxies*" (*Exhibit B*)**.**

4

15. **The Safeway Employees**: Defendants **CARLA BANKS** (Manager) and **ALEXIS ZAVALA** (*Clerk*) are the originators of the "*Ghost Call*" wire fraud**.**

*C*. **The Civilian Proxies**

16. **The Nofuentes Cell**: Defendants **DENA NOFUENTES** and **JASON NOFUENTES** are the primary agitators, recruiting minors and coordinating with Safeway counsel**.**

17. **The Marley Liaisons**: Defendants **MICHAEL MARLEY** and **ESTELLA MARLEY** reside directly across from Plaintiff. They act as the political link to Mayor Carli, triggering the "*Ramey Warrant*" raid**.**

18. **The Harassment Network**: Defendants **MICHAEL SHUCART, JOANN SHUCART, JACQUELINE LOPEZ, PERRY LOPEZ, JANELLE BORGES, ADAM SAN MIGUEL**, and **KELLY JORDAN** are neighbors acting as agents of the Enterprise**.**

## IV. FACTUAL ALLEGATIONS

*A*. **The Origin**: **The "*Ghost Call*"** (***Wire Fraud***)

19. On or about *September 1, 2025*, following a billing dispute at Safeway, Defendant **CARLA BANKS** contacted 911. Instead of reporting a civil dispute, she falsely alleged "*Battery*/*Child Neglect***.**"

20. This call generated *Incident #2509010215*. Evidence (Exhibit A) reveals that Fairfield PD initially claimed "*No Record*" existed, but later logs confirmed the file was hidden and tagged as "*Domestic Violence*" to shield it from public view. This manipulation of electronic records constitutes **Wire Fraud**.

*B*. **The Collusion**: **Witness Tampering**

21. Allegedly, on *October 15, 2025*. Defendant **BRIAN DOLIN** (Safeway Counsel) first engaged in direct text message communication with Defendant **DENA NOFUENTES** (*Exhibit B*)**.** These communications reveal a coordinated effort to harass Plaintiff outside of the courtroom, constituting Witness Tampering and establishing the "*Enterprise*" nexus between the

corporation and the neighborhood vigilantes.

**C**. **The Retaliation**: **The "*Pocket Warrant*" & The Death March**

22. On *November 17, 2025*, Plaintiff was arrested at City Hall while attempting to serve a subpoena. This arrest was based on a "***Pocket Warrant***" held in reserve by the Enterprise.

23. Following the arrest, officers transported Plaintiff ***11 miles*** away from his residence and released him without resources, forcing a dangerous "***Death March***" designed to physically exhaust and intimidate him.

**D**. **The "*Green Light*" Conspiracy (*The Marley / Carli Nexus*)**

24. In *December 2025*, Defendants **MICHAEL** and **ESTELLA MARLEY** communicated to third parties that they possessed a "*direct line*" to Defendant **MAYOR JOHN CARLI**.

25. Acting on this connection, the Marleys **fabricated** a report that Plaintiff had made "*Criminal Threats*" (***PC 422***). **No such threats were made**. This report was a pretext authorized by the Mayor's "*Green Light*" to bypass standard probable cause.

**E**. **The "Nuclear Option": The Ramey Warrant & Raid (*Dec 29-30*)**

26. On *December 29, 2025*, Defendant **OFFICER PERKINS**, acting under the direction of the Enterprise, sought a Ramey warrant directly from Superior Court Judge Dora Rios. Perkins bypassed the District Attorney's Office to avoid independent review of the **fabricated evidence**.

27. Upon securing the warrant, heavily armed officers, seved Plaintiffs wife and she surrendered the home. **VVPD** raided Plaintiff's home at *330 Camelia Way, Vacaville* and **systematically destroyed personal property within**.

28. This destruction was <u>disproportionate</u> to the alleged offense and serves as **evidenc**e of a custom of using **excessive force against political targets**.

## V. CAUSES OF ACTION

**FIRST CAUSE OF ACTION**
**VIOLATION OF RICO** (*18 U.S.C. § 1962(c)*)
(Against All Defendants)

29. Plaintiff incorporates all prior allegations.

30. Defendants formed an "*Association-in-Fact*" Enterprise ("*The Solano Suppression Enterprise*") engaged in interstate commerce.

31. The Enterprise engaged in a "*Pattern of Racketeering Activity*" including Wire Fraud (*The Ghost Call*), Witness Tampering (*Dolin / Nofuentes*), and Extortion (*The Raid*).

**SECOND CAUSE OF ACTION**
**RICO CONSPIRACY** (*18 U.S.C. § 1962(d)*)
(Against All Defendants)

32. Defendants agreed to the commission of the predicate acts described above. Even those who did not personally commit the acts *conspired to facilitate them*.

**THIRD CAUSE OF ACTION**
**RETALIATION FOR PROTECTED SPEECH** (*First Amendment / 42 U.S.C. § 1983*)
(Against Government Defendants: City, Carli, Ernst, Officers)

33. Plaintiff engaged in protected activity: filing lawsuits, serving subpoenas, and petitioning the government for redress.

34. Defendants retaliated with adverse actions: The "*Pocket Warrant*" arrest at City Hall, the "*Death March*," and the "*Ramey Warrant*."

35. The retaliatory motive is proven by the temporal proximity between Plaintiff's filings and the police actions.

**FOURTH CAUSE OF ACTION**
**UNREASONABLE SEARCH & SEIZURE / EXCESSIVE FORCE** (*Fourth Amendment / 42 U.S.C. § 1983*)
(Against Defendant Officers and City of Vacaville)

36. The execution of the "*Ramey Warrant*" on Dec 29-30 involved the **excessive** *and* **unnecessary** destruction of Plaintiff's ***home***.

37. Under United States v. Ramirez, excessive damage to property during a search constitutes a Fourth Amendment violation. The officers "*ransacked*" the home not to find evidence, but to **punish the litigant**.

**FIFTH CAUSE OF ACTION**
**CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS** (*42 U.S.C. § 1985(3)*)
(Against All Defendants)

38. Defendants conspired for the purpose of depriving Plaintiff of the equal protection of the laws, motivated by class-based animus against him as a "*Whistleblower***.**"

**SIXTH CAUSE OF ACTION**
**STATE-CREATED DANGER** (*Fourteenth Amendment / 42 U.S.C. § 1983*)
(Against City of Vacaville, Carli, and Officers)

39. Defendants affirmatively placed Plaintiff in a position of danger (The "*Death March*," the "*Butterfield*" cell placement, and inciting neighborhood vigilantes) that he would not have otherwise faced**.**

**SEVENTH CAUSE OF ACTION**
**MONELL LIABILITY** (*Policy & Custom*)
(Against Defendant City of Vacaville)

40. The constitutional violations were caused by the ratification of Mayor Carli (Final Policymaker) and a widespread custom of using "*Ghost Calls*" **to frame** **citizens**.

8

**EIGHTH CAUSE OF ACTION**
**VIOLATION OF THE BANE ACT** (*Cal. Civ. Code § 52.1*)
(Against All Defendants)

    41. Defendants interfered with Plaintiff's rights by "*threats*, *intimidation*, or *coercion*" (*The Marlys' false reports, the armed raid, the arrests*)**.**

**NINTH CAUSE OF ACTION**
**MEDICAL PRIVACY VIOLATION** (*CMIA - Cal. Civ. Code § 56*)
(Against Kaiser, Permanente Medical Group, and Dena Nofuentes)

    42. Defendants negligently or intentionally released Plaintiff's confidential medical information, which was then weaponized by Dena Nofuentes**.**

**TENTH CAUSE OF ACTION**
**DEFAMATION** (*SLANDER PER SE*)
(Against Safeway, Banks, Nofuentes, and The Marleys)

    43. Defendants published false statements charging Plaintiff with crimes ("*Violent Felon*," "*Child Neglect*," "*Criminal Threats*") to **911** *and* **third parties**.

**ELEVENTH CAUSE OF ACTION**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** (*IIED*)
(Against All Defendants)

    44. Defendants' conduct (*The Death March, The Raid, Targeting Children*) was "**extreme and outrageous**" and caused ***severe*** distress**.**

**TWELFTH CAUSE OF ACTION**
**NEGLIGENT SUPERVISION**
(Against City of Vacaville, Safeway, and Kaiser)

    45. Defendants failed to supervise their employees (Officers, Banks, Nofuentes) despite knowing of their tortious conduct**.**

**THIRTEENTH CAUSE OF ACTION**
**CIVIL CONSPIRACY**
(Against All Defendants)

46. Defendants agreed to a common plan to harass, defame, and falsely arrest Plaintiff.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. General Damages in an amount to be determined at trial, but in excess of $*10,000,000.00*;

2. Punitive Damages against all individual Defendants;

3. Treble Damages pursuant to **RICO** (*18 U.S.C. § 1964(c)*);

4. Injunctive Relief enjoining the execution of the retaliatory Ramey Warrant;

5. Costs of Suit and reasonable attorney's fees;

6. Such other relief as the Court deems just.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable

## VI. CERTIFICATION AND VERIFICATION

**Rule 11 Certification**

Under *Federal Rule of Civil Procedure 11*, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of *Rule 11*.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I, **NORMAN ROSS DEYOUNG JR.,** declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: *December 31, 2025*



**NORMAN ROSS DEYOUNG JR.** | Plaintiff; *In Pro Per*

*510.381.1416 | ross@intranodal.net*

# EXHIBIT A

Your Fairfield CA PD public records request #25-240 has been closed.

From:  Fairfield CA PD Public Records (messages@nextrequest.com)
To:    kim.galusha@yahoo.com
Date:  Monday, December 8, 2025 at 09:13 AM PST

-- Attach a non-image file and/or reply ABOVE THIS LINE with a message, and it will be sent to staff on this request. --

Fairfield CA PD Public Records

**Record request #25-240 has been closed. The closure reason supplied was:**

Dear Requestor.

The Fairfield Police Department has no responsive records to your request. A search of our database for calls for service with the data provided did not yield any results. There was one call for service on the date, approximate time 6:19 p.m. and location but that was a medical call for service for the fire department.

Respectfully,
Imelda Preciado
Police Records and Property Manager

This request is now closed.

View Request 25-240

about:blank                                                                    1/2

Fairfield CA PD Public Records

**Record request #25-245 has been closed. The closure reason supplied was:**

Dear Requestor.

Your records request is denied. The records you requested are exempt from disclosure pursuant to Government Code § 7923.600(a), as they are part of an investigatory file prepared by the Fairfield Police Department. Additionally, because this incident involves domestic violence, the report may only be released to the victim.

The only record available and not exempt from disclosure is the CAD log. If you would like to purchase a copy of the publicly releasable CAD log, please remit payment in the amount of $5.00 to the Fairfield Police Department, 1000 Webster Street, Fairfield, CA 94533. Please include incident number 2509010215 with your payment.

Sincerely,
Imelda Preciado
Police Records and Property Manager

View Request 25-245

https://fairfieldcapd.nextrequest.com/requests/25-245

**EXHIBIT B**

Dena Nofuentes

415 Buck Avenue

Vacaville, CA 95688

**Case No. 25-09465**

Date: November 16, 2025

Honorable Judge Rados

Old Solano Courthouse

580 Texas Street

Fairfield, CA 94533

**Re: Notice of Improper Discovery Attempt by Defendant**

Dear Judge Rados,

I am the Petitioner in the above-referenced civil harassment case. I am writing to inform the Court of conduct by the Defendant that appears to be improper and outside the scope of permitted procedures in this type of proceeding.

On 11/15/2025, I received a voice message from Attorney Brian Dolan, who stated that he is representing Safeway in a case involving the Defendant, Norman DeYoung. I asked Attorney Dolan to send me a picture of his business card prior to me returning his call, as verification, of which he complied. When I returned the call of Attorney Dolan, he informed me that he had received a written "discovery" request from the Defendant, Norman DeYoung, who was, at the time, representing himself as attorney in pro per, seeking information about me, my family, and individuals listed as witnesses in this civil harassment matter, as well as information regarding alleged interactions with Safeway/Albertsons and Kaiser Permanente.

Attorney Dolan stated that the Defendant's letter also included allegations that I, my witnesses, and certain institutions were involved in "illegal activities" with law enforcement.

Attorney Dolan confirmed that he did not release any information to Defendant DeYoung, as he had no information to release, and no knowledge or contact with any of the parties listed in

Page 1 of 5

13

DeYoung's request, myself and my husband, Jason Nofuentes included. I asked Attorney Dolan if he had received the letter from DeYoung's attorney, Sasha Collins. Attorney Dolan confirmed that DeYoung was representing himself in the case against Safeway and did not have any other appointed counsel on file.

Attorney Dolan stated that he became aware of my case through this discovery request submitted to him by DeYoung. That discovery inquiry led Attorney Dolan to send an investigator to the court to obtain information regarding my case and then contacted me directly.

Attorney Dolan stated that he did not need to request a declaration from me, however, he stated he would be referencing three cases filed with the courts against DeYoung for Civil Harassment, including mine.

Attorney Dolan is not a party to this case and has no involvement in the proceedings before this Court. The unrelated litigation he represents is not connected to this matter. Information from the Safeway incident involving DeYoung, that I personally discovered as public record through an internet search of DeYoung's name, was filed in the original documents to the court to serve as evidence of an incident regarding defendant's pattern of "highly concerning behavior" reported by a local business. Related CAD for Safeway incident was also submitted to the court at a later date, through public records request to VVPD.

As the Court is aware, civil harassment restraining order proceedings do not permit discovery unless specifically authorized by Court order. I have not been informed of any such authorization, nor has the Defendant filed a request with the Court seeking permission to conduct discovery. I was not notified of his intentions before he contacted Attorney Dolan.

I bring this matter to the Court's attention because I am concerned that the Defendant's attempts to obtain personal or investigative information about me, my family, and witnesses from unrelated third parties may constitute harassment, intimidation, or misuse of legal process.

If the Court wishes to review this letter, a request for court-authorized discovery can be sent directly to Brian Dolan, Jacobsen, McElroy, Booth & Dolan, 2401 American River Drive, Suite 100, Sacramento, CA 95825.

Thank you for your time and attention.

Respectfully,

Dena Nofuentes    *Nofuentes*  11/19/2025

Petitioner

2 of 5

**14**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**EXHIBIT C**

| VACAVILLE POLICE DEPARTMENT | Page 1 |
|---|---|
| 660 MERCHANT ST    VACAVILLE, CA 95688    707-449-5200<br>**SUPPLEMENT 1** | 25-08419 |

**SUPPLEMENTAL NARRATIVE:**

On 11/17/2025, at approximately 1530 hours, S-Deyoung was contacted at 650 Merchant St, Vacaville, CA and taken into custody without incident, pursuant to the probable cause established in this case.

S-Deyoung stated in summary that he did not wish to provide a statement because I was part of a conspiracy against him and that he was filing a RICO charge against me and the Vacaville Police Department.

S-Deyoung made a spontaneous statement, in summary, that he was "exercising his first amendment rights."

**FOLLOW UP:**

None.

**DISPOSITION BY OFFICER:**

Closed

**ROUTE REPORT TO:**

The Solano County District Attorney's Office for prosecution
S-Norman Deyoung (08/22/1974)
PC166(A)(4)

| Prepared By:<br>777    REYES, NICOLAS<br>[X] *BODY CAMERA RECORDED* | Date:<br>11/17/2025 | Approved By:<br>656    FODERARO, KEVIN | Date:<br>11/17/2025 |
|---|---|---|---|

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SOLANO COUNTY JAIL - Booking Log**
*Bookings between 11/17/2025 and 11/17/2025*

| Book# | Name (L, F M) | Booked | DOB | Sex | Race | Arr# | Arrest Type |
|---|---|---|---|---|---|---|---|

| | | | | | | | Chg Desc: CARRY SWITCHBLADE KNIFE | Bail Amount: $5,000.00 | Chg Level: M |

2025010357  DEYOUNG, NORMAN ROSS    11/17/2025  18:21   1974    M    W    1    ON VIEW
    LOA: 500 UNION AVE FAIRFIELD CA    Agency: VVPD
    Chg Desc: CONTEMPT:DISOBEY CRT ORDR    Bail Amount: $5,000.00    Chg Level: M

Report run date: 11-21-2025 07:11    Page 6 of 7

**SOLANO COUNTY JAIL - Booking Log**
*Bookings between 11/17/2025 and 11/17/2025*

| Book# | Name (L, F M) | Booked | DOB | Sex | Race | Arr# | Arrest Type |
|---|---|---|---|---|---|---|---|

2025010357.1  DEYOUNG, NORMAN ROSS    11/17/2025  18:26   1974    M    W    1    ON VIEW
    LOA: 500 UNION AVE FAIRFIELD CA    Agency: VVPD
    Chg Desc: CONTEMPT:DISOBEY CRT ORDR    Bail Amount: $5,000.00    Chg Level: M
    Chg Desc: BAIL ENHANCEMENT    Bail Amount: $25,000.00    Chg Level: X

**17**

# EXHIBIT D

**⬤ CRIMERADAR**                                              Open in App

## Man hits woman at apartment complex, child appears neglected, Fairfield CA

⬡ Family Offense

🕐 Reported: 9/1/2025 06:17 PM

📍 N Texas St, Fairfield, CA 94533

A man hit a woman at an apartment complex. Both ran away afterward. The woman had a black eye, and a child there looked undernourished. There are concerns about domestic violence and child neglect.

🎧 **Audio** |   ◉ Source: ïeld, Suisun, Dixon, Rio Vista - Police/Fire          Vacaville, Fairfield, Suisun, Dix

▶  〰〰〰〰〰〰〰〰〰〰  01:36

**Transcript:**

00:00   One on I? In 86, just front for the ARP disconnected and called back. She's advising she was calling about at 242[2]. A male wearing a white shirt and blue jeans was hitting at a WFA. Engine 41, medical alarm to 780.

00:28   North Texas Street, Apartment 135, Bennington Apartments. I copy. Looking for, 1927. Lincoln, 4. Is Deborah the R.P.? How are you from? Lany4. I've got the mail. Female. And male just took off running as a complex. I don't like T-shirt, blue jeans. Lincoln, 4. What do I have a co-penter, sir? 2-2-6, well, chart 330-comily away.

00:58   Thank you. Stand by, I'm with a female. 10. 2-2. 6. 10.13, copy, I've been around. 10, 13. For sure, see, go to Camilla Way. R.P. is a manager at Safeway to advise that customer Norman DeYoung was 97[1] earlier with his wife and child. Maybe 4. He'd send a unit over to Manor in case he gets fences and goes west from here.

01:25   Her wife appears to have a black guy and child appears to be a mom nourished and the request and a check. Okay, I'm going to start with a 21 Dotherapy.

**Police codes explained**
The following codes appeared in the transcript and are explained below:

**EXHIBIT E**

# SUPERIOR COURT OF CALIFORNIA
## County of Solano



## ARREST WARRANT
**Probable Cause Arrest Warrant**
**Ramey Warrant**

**The People of the State of California**
**To Any California Peace Officer:**                    Warrant No. _____

**Arrestee's name:** *Norman Ross DEYOUNG Jr*, hereinafter "Arrestee."

**Declarant's name and agency:** *Officer Joseph Perkins, Vacaville Police Department*, hereinafter "Declarant."

**Order:** Proof by Declaration of Probable Cause having been made to me on this date by Declarant pursuant to Penal Code § 817, I find there is probable cause to believe that Arrestee committed the crime(s) listed below. You are therefore ordered to execute this warrant and bring Arrestee before any judge in this county pursuant to Penal Code §§ 821, 825, 826, and 848.

**Crime(s):** *422 PC Criminal Threats, 148(a)(1) PC Obstructing a Peace Officer*

**Bail:** ☐ No bail  ☒ Bail is set at $ _10,000_ .

**Night service authorization** ☐ Good cause for night service having been established in the supporting Declaration of Probable Cause, this misdemeanor warrant may be executed at any hour of the day or night.

**Oath Administered Telephonically:** ☒ Yes  ☐ No

___12/29/25  5:46pm___          Dora Rios  D16    
Date and time warrant issued          Judge of the Superior Court

---

**◆ Arrestee Information ◆**
*For identification purposes only*

Name: Norman Ross DEYOUNG Jr. (DOB: 08/22/74)

AKAs: Ross DEYOUNG

Last known address(es): 330 Camelia Way, Vacaville, CA 95688

Sex: M    Race:  W    Height: 510    Weight: 180    Color of hair: Brown    Color of eyes: Hazel

Scars, marks, tattoos: Unknown

Vehicle(s) linked to Arrestee: 2014 Black Infiniti Q50 CA-7DSL497 (Impounded)

Other identifying information: CA DL: A9463662

☒    The following listed official documents and photographs:   Exhibit 1 — Solano County Jail booking photograph of Arrestee, Norman Ross DEYOUNG Jr., dated 12/22/2025.

**EXHIBIT F**





**EXHIBIT G**

Vacaville Fire Department Prevention Bureau
650 Merchant St., Vacaville, CA  95688 (707) 449-5693
codeenforcement@cityofvacaville.com * www.cityofvacaville.com

12-16-2025                                                                                          CEVH25-0064

Norman DeYoung
330 Camelia Wy.
Vacaville, CA 95688

Re: Notice to Abate Violation(s) of the Vacaville Municipal Code
Subject Property:                     330 Camelia Wy. Vacaville, CA 95688
                                              Solano County APN [0126-203-080]


Dear Property Owner(s): Norman DeYoung

You are hereby notified that you are responsible for the following violation(s) of the Vacaville Municipal Code:

1) **VMC Section 8.10.060 A J -** Parking on unimproved surface (dirt, grass, weeds, etc.)
2) **VMC Section 8.04.060 -** All weeds and rubbish are declared to be a public nuisance and may be abated in accordance with this chapter.

These violations may be viewed on the City of Vacaville website. The Vacaville Municipal Code can be found at www.codepublishing.com/CA/Vacaville.

On **12-02-2025** the Code Enforcement Section conducted an inspection of the subject property, and subsequent inspections were conducted including one on **12-15-2025**. You are hereby notified to abate the violation(s) within **10** days of the date of this notice. If you fail to abate the violation(s) within such time period the costs of abatement, including but not limited to attorney's fees, may be charged to you as a civil debt and/or made a lien or special assessment. You may also be subject to administrative fines for each day that you allow the violation(s) to continue.


Abatement is to be accomplished in the following manner:

1) **Please move the vehicle so it is stored on an approved surface such as concrete, rock, gravel or paving stones, and prevent grass and weeds from growing throughout and around the vehicle.**
2) **Remove the trash, and rubbish that is currently stored in the front yard of the property.**

## WARNING
## NOTICE OF SECOND POLICE RESPONSE

Vacaville Municipal Code Section 9.19.030 authorizes the assessment of a fee for police services when a second response to a party, gathering or event is required. The person responsible for the function will be held liable for the cost of all police services for a second response.

This warning is being given to you pursuant to the above section. The function you are in charge of has been deemed a threat to the public peace, health, safety or general welfare. If you fail to take appropriate measures to eliminate this threat, a second police response may result. If this occurs, you will be liable for total costs associated with the police service response.

The second response may also result in the arrest and/or citation of violators of the state Penal Code or other local regulations.

"I hereby acknowledge having been informed of the above."

Responsible Person's Signature: ___REFUSED (NORMAN DEYOUNG)___   Phone # _____

Address: ___330 CAMELLIA WY___

Date of Birth: ___2/22/74___

Issuing Officer: ___S. PERKINS___   I.D. # ___686___

Date/Time: ___12/13/25___ / ___0918___

Location: ___330 CAMELLIA WY___

original—Police     copy—Responsible

OP009