UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN ROSS DeYOUNG, JR.,

Plaintiff,

v.

CITY OF VACAVILLE, et al.,

Defendants.

No. 2:25-cv-03762-DAD-CKD PS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND FOR A PRELIMINARY INJUNCTION

(Doc. Nos. 3, 8, 10)

Plaintiff Norman Ross DeYoung, Jr., is proceeding *pro se* in the above-captioned civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 29, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motions for a temporary restraining order and a preliminary injunction (Doc. Nos. 3, 8), be denied. (Doc. No. 10.) Specifically, the magistrate judge concluded that plaintiff's motions for preliminary injunctive relief were procedurally defective and sought relief with respect to claims not asserted in his complaint which the court therefore lacked the authority to order. (*Id*. at 4–5.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id*. at 6.) To date, no

objections to the findings and recommendations have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 29, 2026 (Doc. No. 10) are adopted in full;
2. Plaintiff's motions for a temporary restraining order and for a preliminary injunction (Doc. Nos. 3, 8), are denied; and
3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 8, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE