UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN ROSS DEYOUNG, JR.,

Plaintiff,

v.

CITY OF VACAVILLE, et al.,

Defendants.

No. 2:25-cv-03762-DAD-CKD (PS)

FINDINGS & RECOMMENDATIONS

Plaintiff filed a pro se civil complaint and this matter was referred to the undersigned by Local Rule 302(c)(21) pursuant to 28 U.S.C. § 636(b). The undersigned issued an order on April 29, 2026 (ECF No. 10), denying plaintiff's motion to proceed in forma pauperis (ECF No. 2) and dismissing the complaint (ECF No. 1) with leave to amend. The undersigned allowed plaintiff to file an amended complaint within fourteen (14) days of the issuance of the Court's order. (ECF No. 10 at 6.) Plaintiff failed to file an amended complaint within fourteen days. See Docket. On September 10, 2026, the Court issued a minute order granting plaintiff an additional fourteen (14) days to file an amended complaint. (ECF No. 12.) Plaintiff was warned that failure to file an amended complaint in accordance with the order would result in a recommendation that the action be dismissed. (*Id.*) The time granted for Plaintiff to file an amended complaint has expired. Plaintiff has neither filed an amended complaint nor sought an extension of time to do so.

In recommending this action be dismissed for failure to prosecute, the Court has

considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without Plaintiff's participation, the court finds the factors weigh in favor of dismissal.

In accordance with the above, IT IS HEREBY RECOMMENDED as follows:

1. This action be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); and
2. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, Plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 6, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7, deyo.25cv3762