UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN ROSS DEYOUNG, JR.,<br>Plaintiff,<br>v.<br>CITY OF VACAVILLE, et al.,<br>Defendants. | Case No. 2:25-cv-03762-DAD-CKD (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE</u><br><br>(Doc. No. 13.) |

Plaintiff initiated this civil action by filing a complaint on December 31, 2025, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On October 7, 2026, the assigned magistrate judge issued the pending findings and recommendations recommending that this action be dismissed due to plaintiff's failure to prosecute this action, noting that on screening plaintiff's complaint had been dismissed with leave to amend within fourteen (14) days and when no amended complaint was filed as directed, plaintiff on September 10, 2026 was provided another fourteen days in which to do so but failed to respond to the court's orders in any way. (Doc. No. 13) (citing Doc. Nos. 10, 12).

The October 7, 2026 findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service.

(*Id.* at 2.) No objections to the pending findings and recommendations have been filed by plaintiff and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis

Accordingly:

1. The October 7, 2026 findings and recommendations (Doc. No. 13) are ADOPTED IN FULL;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 12, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE